CONRAD MILLER, Respondent, *v.* THE BUFFALO AND STATE LINE RAILROAD COMPANY, Appellant.

THIS case presented the same question, and was argued and decided, with last cause.

------

JOHN M. BUCKINGHAM, Respondent, *v.* THOMAS DENNY et al., Appellants.

(Argued                ; decided September 11, 1871.)

*S. Hand*, for appellants.

*N. C. Moak*, for respondent.

Decided upon the ground that the only material questions were those of fact, which were disposed of below.

PECKHAM, J., reads opinion for affirmance.

All concur.

Judgment affirmed.

------

SAMUEL L. HILLIARD, Appellant, *v.* WILLIAM L. BROWN, Respondent.

(Argued September 12, 1871 ; decided November 10, 1871.)

Agree to dismiss appeal.   No opinion.

------

EMIL Loss et al., Respondents, *v.* CHARLES E. WETMORE, Appellant.

(Argued September 14th, 1871 ; decided November 10th, 1871.)

*C. F. Wetmore*, for appellant.

*Mitchell & Seymour*, for respondents.